LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KOCHLANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DESIGNED RECEIVABLE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-CV-04482 JVS-JPR<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: April 26, 2017     **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                                       By: /s/Todd M. Friedman_____
                                           Todd M. Friedman, Esq.
                                           Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 26th day of April, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge James V. Selna
Central District of California

Andrew M Steinheimer
Ellis Law Group LLP
Email: asteinheimer@ellislawgrp.com

Mark E Ellis
Ellis Law Group LLP
Email: mellis@ellislawgrp.com

David J Kaminski
Carlson and Messer LLP
Email: kaminskid@cmtlaw.com
*Attorneys for Defenant*

This 26th day of April, 2016.

/s/Todd M. Friedman
Todd M. Friedman