JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Guy Kochlani, etc., | ) | CV 16-04482 JVS (JPRx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | |
| v. | ) | SETTLEMENT OF CASE |
| | ) | |
| Designed Receivable Solutions, Inc., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

The Court ORDERS all hearings currently set vacated.

DATED:     April 27, 2017

_____
James V. Selna
United States District Judge